EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION et al., Appellants, et al., Defendants.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.